# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| ROSA CONTRERAS, § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | MO:23-CV-00178-RCG |
| KILOLO KIJAKAZI, Acting § | |
| Commissioner of Social Security, § | |
| *Defendant*. § | |

## FINAL JUDGMENT

On March 29, 2025, the Court entered an Order Denying Plaintiff's Request for Relief. (Doc. 17). Accordingly, the Court **AFFIRMS** the Commissioner of Social Security's final decision in this matter. Thus, pursuant to Federal Rule of Civil Procedure 58, the Court enters final judgment in this cause.

Accordingly, the Court **ORDERS** that Plaintiff's appeal be **DENIED** and that the Commissioner of Social Security's final decision be **AFFIRMED**.

The Court further **ORDERS** that each party bear its own costs.

Finally, the Court **ORDERS** the Clerk of the Court to **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 3rd day of April, 2025.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE